UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES D. COMBE,

       Plaintiff,

                                       Case No.  2:16-cv-12857
v.                                     District Judge Bernard A. Friedman
                                       Magistrate Judge Anthony P. Patti

GOODMAN FROST, P.L.L.C.,
ROBERT J. GOODMAN,
TIMOTHY J. FROST, and
CORPORATE DOE-1,

       Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR A STATUS CONFERENCE AND REQUEST FOR COSTS UNDER E.D. Mich. L.R. 7.1(a)(3) (DE 70)**

On October 26, 2017, counsel for the parties - attorneys John Evanchek, Curtis C. Warner and Charity A. Olson - appeared for a hearing on the above-described motion.  For the reasons stated on the record, Plaintiff's July 25, 2017 motion (DE 70) is **GRANTED** to the extent it sought a status conference, **DENIED AS MOOT** to the extent it sought to reschedule the settlement conference (which the Court held simultaneously with the motion hearing), and **DENIED** to the extent it sought an award of costs under E.D. Mich. LR 7.1(a)(3).

1

**IT IS SO ORDERED.**

Dated: October 27, 2017

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on October 27, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti