**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES D. COMBE,

           Plaintiff,

      v.

GOODMAN FROST, PLLC,
ROBERT J. GOODMAN,
TIMOTHY J. FROST, and
CORPORATE DOE-1,

           Defendants.

Case No. 16-cv-12857-BAF-APP
Hon. Bernard A. Friedman

Magistrate Judge Anthony P. Patti

### JOINT NOTICE OF DISMISSAL

**NOW COME** Plaintiff Charles D. Combe and Defendants Goodman Frost, PLLC, Robert J. Goodman and Timothy J. Frost (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree to dismiss Plaintiff's claims against Defendants and Corporate Doe-1 with prejudice, but that the claims of the putative class members are dismissed without prejudice.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner (P59915)
WARNER LAW FIRM, LLC
350 S. Northwest HWY., Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)

/s/ Charity A. Olson (with consent)
Charity A. Olson (P68295)
BROCK & SCOTT, PLLC
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179 (TEL)

cwarner@warner.legal

Charity.Olson@brockandscott.com
*Counsel for Defendants*

John A. Evanchek (P66157)
KELLEY & EVANCHEK PC
43695 Michigan Ave.
Canton, MI 48188
(734) 397-4540 (TEL)
john@kelawpc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 30, 2017**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to the attorneys of record.

Charity A. Olson (P68295)
BROCK & SCOTT, PLLC
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179 (TEL)
Charity.Olson@brockandscott.com

Respectfully submitted,

/s/ Curtis C. Warner

Curtis C. Warner (P59915)
WARNER LAW FIRM, LLC
350 S. Northwest HWY., Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal